# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

```
ALFRED SCOTT,                    )
                                 )
        Petitioner,              )
                                 )
    v.                           )      Case No. 04-1427
                                 )
UNITED STATES OF AMERICA,        )
                                 )
        Respondent.              )
```

## O R D E R

Before the Court is Alfred Scott's ("Scott's") Motion for Order Granting Reconsideration Pursuant to Rule 59(e) of the Federal Rules of Criminal Procedure [Doc. # 10]. While Scott indicates he is proceeding under the Federal Rules of Criminal Procedure, it is clear that he is attempting a motion under Federal Rule of Civil Procedure 59(e).

"Motions for reconsideration serve a limited function: to correct manifest errors of law or fact or to present newly discovered evidence." Caisse Nationale de Credit v. CBI Industries, 90 F.3d 1264, 1269 (7th Cir. 1996). Furthermore, it is not appropriate to argue matters that could have been raised in prior motions or rehash previously rejected arguments in a motion to reconsider. See Id. at 1270. A Rule 59(e) motion should be granted if there exists "a manifest error of law or fact," so as to enable "the court to correct its own errors and thus avoid unnecessary appellate procedures." Moro v. Shell Oil Co., 91 F.3d 872, 876 (7th Cir.1996).

In his current motion, Scott is merely rehashing previously rejected arguments. Accordingly, the motion is denied.

ENTERED this    12th    day of January, 2006.

                                    s/ Joe B. McDade
                                 JOE BILLY McDADE
                              United States District Judge