UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

```
ALFRED SCOTT,                  )
                               )
        Petitioner,            )
                               )
    v.                         )    Case No. 04-1427
                               )
UNITED STATES OF AMERICA,      )
                               )
        Respondent.            )
```

## __O R D E R__

Before the Court are Alfred Scott's ("Scott's") Application to Proceed Without Prepayment of Fees (on Appeal) and Affidavit [Doc. # 12] and Petition for Issuance of Certificate of Appealability [Doc. # 13].

A certificate of appealability may only be issued where the petitioner "has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  Further, the certificate of appealability must "indicate which specific issue or issues satisfy the showing required."  28 U.S.C. § 2253(c)(3).

In his motion, Scott argues that he was denied effective assistance of counsel during his plea agreement negotiations and guilty plea.  As previously stated, Scott's responses during his guilty plea hearing belie his current arguments and the Court remains convinced that Scott's guilty plea was voluntary, knowing, and untainted by ineffective assistance of counsel. Consequently, the Court will not issue a certificate of appealability in this case.

As for Scott's Application to Proceed Without Prepayment of Fees (on Appeal), the Court finds that Scott's appeal has no merit

and thus is not taken in good faith. Consequently, this motion will be denied. See Walker v. O'Brien, 216 F.3d 626, 632 (7th Cir. 2000); Sperow v. Melvin, 153 F.3d 780, 781 (7th Cir. 1998).

IT IS THEREFORE ORDERED that Scott's Petition for Issuance of Certificate of Appealability [Doc. # 13] is DENIED.

IT IS FURTHER ORDERED that Scott's Application to Proceed Without Prepayment of Fees (on Appeal) is DENIED.

ENTERED this ___30th___ day of January, 2006.


                          _____s/ Joe B. McDade_____
                              JOE BILLY McDADE
                        United States District Judge